■ Quirino Madia et al., Respondents, v CBS Corporation et al., Appellants, et al., Defendant. [29 NYS3d 800]—

Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered July 8, 2015, which, to the extent appealed from as

limited by the briefs, denied defendants-appellants' motion to renew their motion to change venue from Bronx County to Westchester County, unanimously affirmed, without costs.

Even if the additional evidence and supplemental affirmation submitted by defendants in support of their motion to renew are considered, defendants failed to establish that plaintiffs did not reside in Bronx County at the time the action was commenced (*see* CPLR 503 [a]). Although defendants showed that plaintiff Quirino Madia presented a license showing a Westchester County address at the time of the accident, and apparently registered other cars in Westchester County, in opposition, plaintiffs presented an affidavit and substantial documentary evidence showing that he lived in a home that he owned in Bronx County, with his wife, plaintiff Theresa Madia, at the time the action was commenced (*see Washington v Sow*, 127 AD3d 492, 492-493 [1st Dept 2015]). Accordingly, defendants failed to establish that venue was improperly placed in Bronx County. Concur—Friedman, J.P., Acosta, Moskowitz, Kapnick and Gesmer, JJ.